I agree that the summary judgment granted in favor of the defendant should be affirmed. However, the majority seems to rely on a Florida decision, Baxter v. Royal Indemnity Company,285 So.2d 652 (Fla.Dist.Ct.App. 1973), cert. discharged,317 So.2d 725 (Fla. 1975), for the proposition that there is a fiduciary relationship between the insurer and the insured which gives rise to the insurer's obligation to exercise "good faith." This Court has not to date based the tort of bad faith on a "fiduciary relationship."
I concur in the decision in this case on the basis that it is undisputed that there was a debatable issue as to the amount due under the uninsured motorist coverage. There being a legitimate dispute as to the amount *Page 1036 
due, summary judgment against the bad faith claim was proper.